# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2013

*The Court of Appeals hereby passes the following order*

**A13D0400. JERRY A. COOK v. AMERICAN HONDA MOTOR COMPANY, INC..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

CV20130089



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 20, 2013.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*